UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON WINDOM,<br><br>    Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants. | Case No. 20-cv-02826-JCS<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED** |

    Plaintiff Cameron Windom, pro se, asserts that Defendants the Environmental Protection Agency ("EPA"), Department of Health and Human Services ("HHS"), and Department of Housing and Urban Development ("HUD") failed to comply with requests under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Good cause having been shown, the Court hereby GRANTS Windom's application to proceed in forma pauperis. *See* dkt. 2.

    Windom's complaint in this action is virtually identical to a complaint that he filed against the Drug Enforcement Administration ("DEA") and Bureau of Alcohol, Tobacco, and Firearms ("ATF"), assigned case number 20-cv-02431. Notably, the present complaint includes language from that case, which Windom presumably intended to replace, stating that Windom submitted "separate requests to DEA, and ATF," with no allegation that Windom submitted any request to the EPA, HHS, or HUD. *See* Compl. (dkt. 1) ¶ III. For the same reasons stated in the order to show cause in the case against the DEA and ATF, a copy of which is attached to this order, Windom is ORDERED TO SHOW CAUSE why this action should not be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B).

    No later than August 4, 2020, Windom must file either an amended complaint curing the deficiencies stated herein—i.e., alleging how he submitted his requests, how Defendants

responded, and what steps he took to pursue administrative remedies—or a response to this order arguing why his current complaint is sufficient.  **If Windom does not respond to this order by August 4, 2020, the case will be reassigned to a United States district judge with a recommendation that it be dismissed with prejudice.**

Any amended complaint must include the caption and civil case number used in this order (20-cv-02826) and the words FIRST AMENDED COMPLAINT on the first page. Because an amended complaint completely replaces the previous complaint, any amended complaint may not incorporate claims or allegations of Windom's original complaint by reference, but instead must include all of the facts and claims Windom wishes to present and all of the defendants he wishes to sue.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992).  If Windom files an amended complaint, he may also wish to attach the requests that he submitted to the EPA, HHS, and HUD.

Windom, who is not represented by counsel, is encouraged to contact the Federal Pro Bono Project's Pro Se Help Desk for assistance if he continues to pursue this case.  Lawyers at the Help Desk can provide basic assistance to parties representing themselves but cannot provide legal representation.  Although in-person appointments are not currently available due to the COVID-19 public health emergency, Austin may contact the Help Desk at 415-782-8982 or FedPro@sfbar.org to schedule a telephonic appointment.

The case management conference previously set for July 24, 2020 is CONTINUED to October 30, 2020 at 2:00 PM.

**IT IS SO ORDERED.**

Dated: July 7, 2020

JOSEPH C. SPERO
Chief Magistrate Judge

2